UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JOYCE IGLESIAS**,                                   Case No. 3:15-cv-00849-KI

          Plaintiff,                              JUDGMENT

    v.

**CAROLYN COLVIN, Acting**
**Commissioner of Social Security**,

          Defendant.


    Merrill Schneider
    Schneider Kerr Law Offices
    P.O. Box 14490
    Portland, OR 97293

        Attorney for Plaintiff

    Billy J. Williams
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

Courtney Garcia
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant

KING, Judge:

       Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

       IT IS SO ORDERED.

       DATED this   28th   day of March, 2016.

                                     /s/ Garr M. King
                                     Garr M. King
                                     United States District Judge